# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158147(52)

BEATRICE BOLER, EDWIN ANDERSON,
ALLINE ANDERSON, and EPCO SALES, LLC,
        Plaintiffs-Appellees,

v

GOVERNOR, STATE OF MICHIGAN,
DEPARTMENT OF ENVIRONMENTAL
QUALITY, and DEPARTMENT OF HEALTH
AND HUMAN SERVICES,
        Defendants-Appellees,
and

DANIEL WYANT, LIANE SHEKTER-SMITH,
ADAM ROSENTHAL, STEPHEN BUSCH,
PATRICK COOK, MICHAEL PRYSBY,
BRADLEY WURFEL, ED KURTZ, DARNELL
EARLEY, GERARD AMBROSE, LOCKWOOD,
ANDREWS & NEWMAN, P.C., and
LOCKWOOD, ANDREWS & NEWMAN, INC.,
        Defendants,
and

DAYNE WALLING, HOWARD CROFT,
MICHAEL GLASGLOW, DAUGHERTY
JOHNSON III, and CITY OF FLINT,
        Defendants-Appellants.
_____/

SC: 158147
COA: 337383
Ct of Claims: 16-000126-MK

On order of the Chief Justice, the motion of the Great Lakes Water Authority, the Detroit Water and Sewerage Department, and the Oakland County Water Resources Commissioner to participate as amici curiae and to file an amicus brief is GRANTED. The amicus brief submitted on September 13, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2018



Clerk